1 | MARK B. MIZRAHI (State Bar No. 179384)
    mmizrahi@wrslawyers.com
2 | ERIC LEVINRAD (State Bar No. 169025)
    elevinrad@wrslawyers.com
3 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   | 11400 West Olympic Boulevard, 9th Floor
4 | Los Angeles, California 90064-1582
   | Telephone:   (310) 478-4100
5 | Facsimile:    (310) 479-1422

6 | Attorneys for Plaintiffs
   | E.L.V.H., Inc. and Edward Van Halen

7

8 |              UNITED STATES DISTRICT COURT

9 |        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | E.L.V.H., Inc., a California corporation;    Case No. 2:18-cv-00710-ODW-PLA
    | and Edward Van Halen, an individual,
12 |                                               **DECLARATION OF ADAM D.**
    |             Plaintiffs,                       **MANDELL, ESQ. IN SUPPORT OF**
13 |                                               **PLAINTIFFS' *EX PARTE***
    |        vs.                                    **APPLICATION FOR ORDER**
14 |                                               **AUTHORIZING ELECTRONIC**
    | Andrew Bennett, an individual,               **SERVICE OR, ALTERNATIVELY,**
15 |                                               **SERVICE BY PUBLICATION**
    |             Defendant.
16 |                                               Trial Date:     None
17

18

19

20

21

22

23

24

25

26

27

28

---

I, Adam D. Mandell, declare as follows:

1.     I am counsel to Plaintiffs E.L.V.H., Inc. and Edward Van Halen ("Plaintiffs").  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2.     I make this declaration in support of Plaintiffs' *ex parte* application to for order authorizing electronic service or, alternatively, service by publication on Defendant Andrew Bennett ("Bennett".)

3.     Plaintiffs filed their Complaint on January 26, 2018, against Bennett and alleging causes of action for: (1) copyright infringement; (2) violation of the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d); (3) violation of Cal. Civ. Code § 3344; (4) misappropriation of common law right of publicity; and (5) breach of contract.

4.     All the causes of action of in the Complaint are directed towards Bennett and are derived from his actions against Plaintiffs.  In the Complaint, Plaintiffs assert that this action arises solely from Bennett's actions, i.e., Bennett's intentional infringement of E.L.V.H., Inc.'s copyrights, Bennett's cybersquatting, Bennett's violation of California statues and common law for misappropriation of Plaintiffs' rights of publicity, and Bennett's breach of contract.

5.     Based upon Plaintiffs' prior dealings with him, I understand that Bennett's last known dwelling place or usual place of abode is a high-rise apartment complex located at 61 W. 62nd Street, New York, New York 10023.

6.     I have corresponded with Bennett on several occasions via email at his email address <5150vaulted@gmail.com>.  I have sent eight (8) emails to Bennett at that particular email address requesting he meet with Plaintiffs' representatives and accept service of process to no avail.  Attached hereto as Exhibit 1 are true and correct copies of representative examples of my emails to Bennett.

DECLARATION OF ADAM D. MANDELL, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING ELECTRONIC SERVICE OR, ALTERNATIVELY, SERVICE BY PUBLICATION

7.    Additionally, I have been the recipient of emails forwarded to me that contain recent emails from Bennett from that particular email address, dated April 6-7, 2018.  On one of these emails, Bennett has stated that he lives in "New York [expletive] City."  Accordingly, I have good reason to believe that Bennett would receive a copy of the Summons/Complaint, TRO Papers, and Application to File Under Seal and other related and future motions, if such items were sent to him at <5150vaulted@gmail.com>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 13, 2018, at Los Angeles, California.


ADAM D. MANDELL

DECLARATION OF ADAM D. MANDELL, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR ORDER
AUTHORIZING ELECTRONIC SERVICE OR, ALTERNATIVELY, SERVICE BY PUBLICATION