# EXHIBIT 1

| | |
|---|---|
| **From:** | Adam Mandell <Mandell@MWZB.Com> |
| **Sent:** | Sunday, April 08, 2018 4:25 PM |
| **To:** | directedbyandrewbennett@yahoo.com; 5150vaulted@gmail.com |
| **Subject:** | RE: Edward Van Halen and his company E.L.V.H., Inc. |

Mr. Bennett,

If you will be in Los Angeles on Tuesday, April 10 from 10-3, please provide to us with your location so that we can arrange for the delivery of a copy of the summons and complaint to you personally.  Thank you.

Regards, Adam Mandell

**From:** Adam Mandell
**Sent:** Thursday, March 8, 2018 10:13 AM
**To:** 'directedbyandrewbennett@yahoo.com' <directedbyandrewbennett@yahoo.com>; '5150vaulted@gmail.com' <5150vaulted@gmail.com>
**Subject:** Edward Van Halen and his company E.L.V.H., Inc.

Dear Mr. Bennett,

As you are aware, Edward Van Halen and his company E.L.V.H., Inc. have filed a lawsuit against you for copyright infringement, breach of contract and other claims.

We have diligently attempted to serve you with the summons and complaint, including at the address that you used on January 23, 2018 to register the domain name thefiftyonefiftyvault.com, namely, 61 W. 62nd Street, New York, New York  10023.

I am writing to ask you whether you will provide to us with your location so that we can arrange for the delivery of a copy of the summons and complaint to you personally.

Please advise.  Thank you.

Adam D. Mandell
Millen, White, Zelano & Branigan
(703) 465-5358 (o)
(703) 328-1804 (c)
(703) 243-6410 (f)

This message contains information that may be confidential and privileged and is intended solely for the use of the intended recipient. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy or disclose to anyone the message and any attachments or any information contained in the message. If you have received this message in error, please notify Millen, White, Zelano & Branigan, P.C. immediately at (703)243-6333 or mail@mwzb.com and destroy all copies of this message and any attachments. Thank you.

EXHIBIT 1 - 3