UNITED STATES DISTRICT COURT
CENTRAL DISTRIC OF CALIFORNIA
---------------------------------------------------------

E.L.V.H. Inc., a California corporation;   Civil Action No.: 2:18-cv-00710-ODW(PLAx)
and Edward Van Halen, an individual

              Plaintiff,
vs.                                        **AFFIDAVIT OF ATTEMPTED SERVICE**

Andrew Bennett, an individual

             Defendant.

---------------------------------------------------------

State of New York
County of New York

                ss:

    I, Nicholai Granados, being duly sworn depose and state that I a licensed process server, bearing license number 2028666. I am not a party in this action and I am over the age of eighteen years.

    At the request of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, I was asked to serve a Summons In a Civil Action, Complaint with Exhibits and Civil Cover Sheet upon defendant Andrew Bennett at the address of 61 W. 62nd Street, Apt 18A, New York, New York 10023. I was also informed by Wolf Rifkin that the defendant may live with a Lisa Bennett at this address.

    On February 2, 2018 at 7:55 a.m. I attempted service at this address which is a doorman building. I asked the concierge for Andrew Bennett in apartment 18A and the concierge advised me that there was no Andrew Bennett nor Lisa Bennett in apartment 18A but there used to be an Andrew Bennett who moved out some time ago that lived in apartment 23C but the concierge would not provide any information on the current tenant in apartment 23C.

    On February 26, 2018 at 1:58 p.m. I returned to the above address in an effort to speak with a different concierge to see if I could obtain more information on this defendant. The concierge that was on the afternoon shift was different than the concierge from my previous attempt. This concierge stated that he had been working at this building for 4 years and did not know Andrew Bennett but knew of him and stated that he did not live there. I then asked for Matthew Heckerling who is the tenant of record for apartment 23C and the concierge called him and I spoke to him under ruse. Matthew Heckerling said that Andrew Bennett has not lived here in years and that he lives somewhere in Long Island City, New York (which is in Queens).

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

1

After due diligence I was unable to serve defendant Andrew Bennett with the above mentioned documents at the above address.

_____
Nicholai Granados
License No.: 2028666

Sworn to before me this
11th day of April, 2018

_____
Notary Public

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified In Queens County
Commission Expires 6/02/2020