MARK B. MIZRAHI (State Bar No. 179384)
  mmizrahi@wrslawyers.com
ERIC LEVINRAD (State Bar No. 169025)
  elevinrad@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:  (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Plaintiffs
E.L.V.H., Inc. and Edward Van Halen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| E.L.V.H., Inc., a California corporation; and Edward Van Halen, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Andrew Bennett, an individual,<br><br>Defendant. | Case No. 2:18-cv-00710-ODW-PLA<br><br>**DECLARATION OF JOHN NARCISE IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING ELECTRONIC SERVICE OR, ALTERNATIVELY, SERVICE BY PUBLICATION**<br><br>Trial Date:   None |

I, John Narcise, declare as follows:

1. I am an individual currently residing in the County of Los Angeles, State of California, and am over 18 years of age. I am a litigation paralegal in the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP ("Counsel"), attorneys of record for Plaintiffs E.L.V.H., Inc. and Edward Van Halen ("Plaintiffs"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On or about February 12, 2018, at the direction of partner Mark Mizrahi, counsel of record for Plaintiffs, I conducted a public records search for any and all alternate addresses for Defendant Andrew Bennett ("Bennett"). At that time, my understanding was that a process server was unable to serve the Summons, Complaint, and other case initiating papers (collectively, the "Summons/Complaint") on Bennett at his prior residence, located at 61 W. 62nd Street, Apt. 23C, New York, NY 10023.

3. I performed an online search for Bennett using Westlaw PeopleMap data sources, which include bankruptcy records, corporate affiliations, deed transfers, historical person locators, liens and judgments, motor vehicle registrations, phone records, tax assessor records and utility locators for Bennett. Attached as **Exhibit 1** is a true and correct copy of the Westlaw PeopleMap Report for Bennett (the "PeopleMap Report").

4. The most current addresses listed for Bennett on the PeopleMap Report is 1756 Essex Street, Unit 312, San Diego, California 92103-3682. Accordingly, on February 13, 2018, I directed our attorney service, First Legal Support, to arrange for a process server to personally serve the Summons/Complaint on Bennett at the San Diego address listed above.

5. On February 14, 2018, I was advised by First Legal Support that

service of the Summons/Complaint on Bennett at the San Diego address could not be effectuated. According to First Legal Support, Bennett's name was not listed at a residential directory, and the current occupant of Unit 312 advised that she did not know of Bennett. Attached as **Exhibit 2** is a true and correct copy of the Affidavit of Due Diligence by Chip Meadows, First Legal Support's process server, regarding the service attempt of Bennett in San Diego.

6. On or about February 16, 2018, I directed First Legal Investigations, a licensed detective agency, to locate Bennett. The efforts of First Legal Investigations with respect to locating Bennett for service of process are set forth in the concurrently field Declaration of Jason Grandsinger, the Operations Supervisor at First Legal Investigations.

7. On February 23, 2018, pursuant to the provisions of California Code of Civil Procedure § 415.40, I sent the Summons/Complaint via first-class certified mail, return-receipt requested to Bennett. The envelope was addressed to Bennett at 61 W. 62nd Street, Apt. 23C, New York, NY 10023. However, on or about March 17, 2018, I received the same envelope, unopened and marked "Return to Sender; Unable to Forward."

8. I have, on occasion, visited and reviewed Bennett's Facebook profile in order to, among other things, ascertain his current whereabouts and identify any potentially infringing activity by Bennett with respect to Plaintiffs. Bennett's Facebook profile is public. Bennett is a frequent user of Facebook, as he frequently posts on his Facebook. In fact, from March 24, 2018 through April 9, 2018, a span of roughly two (2) weeks, Bennett has posted and/or shared items on Facebook nearly seventy-five (75) times. Attached as **Exhibit 3** is a true and correct copy of Bennett's Facebook profile from March 24, 2018 through April 9, 2018.

9. Since Bennett's Facebook profile is public, it is possible for anyone who has a Facebook account to send Bennett a private message, including but not limited to, electronic attachments, via Facebook messenger. In fact, on April 10,

2018, I logged into my private Facebook account, visited Bennett's public Facebook page, clicked on the "Message" icon and am able to send him a private message via Facebook messenger.  Therefore, I have reason to believe that Bennett would actually receive a copy of the Summons/Complaint, as well as the TRO Papers, and Application to File Under Seal and other related and future motions, if such items were sent to him via Facebook messenger.  Attached as **Exhibit 4** is a true and correct copy of a screenshot of a blank message directed to Bennett via Facebook messenger.

10.   On March 25, 2018, Bennett posted pictures on Facebook regarding Plaintiffs, specifically regarding the "release of 5150, 32 years ago . . ."  Attached as **Exhibit 5** are true and correct copies of screenshots of Bennett's March 25, 2018 Facebook posts.

11.   A review of Bennett's Facebook profile illustrates that he travels between New York City and Los Angeles.  In fact, on April 9, 2018, Bennett "checked-in" at John F. Kennedy International Airport and, hours later, "check-in" at Los Angeles.  However, there is not enough information from Bennett's Facebook posts to ascertain his specific whereabouts at a given time for purposes of mobilizing a process server to effectuate service of process.

12.   To date, I have been unable to locate a residential or business address for Bennett in order to effectuate service of process, despite my reasonable efforts and diligence.  I have utilized a variety of online and professional resources, like Westlaw PeopleMap Report, process servers, and a private investigator.  However, I know of no other resource from which to ascertain Bennett's current whereabouts.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2018, at Los Angeles, California.

_____
JOHN NARCISE