# EXHIBIT 2

| *Attorney or Party without Attorney:*<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>MARK B. MIZRAHI (SBN: 179384)<br>11400 W Olympic Blvd., 9th Floor<br>Los Angeles, CA 90064<br>*Telephone No:* 310-478-4100<br><br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION ||| 
| *Plaintiff:* E.L.V.H., INC., etc., et al.<br>*Defendant:* ANDREW BENNETT, etc. |||

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-cv-00710 |
|---|---|---|---|---|

1. I, Chip Meadows 1792, San Diego , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ANDREW BENNETT, an individual as follows:

2. *Documents:* Summons, Complaint, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Filer of Deficiencies In Attorney Case Opening, Notice to Counsel Re: Copyright, Patent, And Trademark Reporting Requirements, Civil Minutes - General

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Chip Meadows (1792, San Diego) on: Feb 13, 2018, 7:10 pm PST at 1756 Essex St Unit 312, San Diego, CA 92103
No answer at the door. Subject's name is not listed on the directory.

2) Unsuccessful Attempt by: Chip Meadows (1792, San Diego) on: Feb 13, 2018, 8:58 pm PST at 1756 Essex St Unit 312, San Diego, CA 92103
Per occupant, "Jane Doe" (white female/40 yrs/5'0"/130 lbs/blonde hair), subject is unknown.

6



AFFIDAVIT OF
DUE DILIGENCE

2027021
(3557846)
Page 1 of 2

EXHIBIT 2 - 67

| Attorney or Party without Attorney: <br> WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP <br> MARK B. MIZRAHI (SBN: 179384) <br> 11400 W Olympic Blvd., 9th Floor <br> Los Angeles, CA 90064 <br>   Telephone No: 310-478-4100 <br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT <br> FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION | | |
| Plaintiff: E.L.V.H., INC., etc., et al. <br> Defendant: ANDREW BENNETT, etc. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:18-cv-00710 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person who served papers**
   a. Name: Chip Meadows
   b. Address: **FIRST LEGAL** <br> 1517 W. Beverly Blvd. <br> LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $179.94
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor
         (ii) Registration No: 1792
         (iii) County: San Diego

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

02/26/2018

(Date)                (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2027021
(3557846)
Page 2 of 2

EXHIBIT 2 - 68