# EXHIBIT 3



Andrew Bennett | John Paul | Home

# Andrew Bennett

Add Friend | Follow | Message | ···

Timeline | About | Friends | Photos | More ▾

DO YOU KNOW ANDREW?

To see what he shares with friends, send him a friend request.

Add Friend

## Intro

www.directedbyandrewbennett.com

Followed by 255 people

## Photos

**Andrew Bennett** is in Los Angeles, California.
9 hrs ·

I'm in LA.
Fuck.

Los Angeles, California
City · United States
Mark V. Lágrimas and 25 others have been here

Save

Like | Comment | Share

77

View 10 more comments

**Kayla Stevens** So a pit stop to Idaho on the way back wouldn't be that far out of the way....
Like · Reply · 6h

**Lindsay Wooldridge** That's exciting!
Like · Reply · 6h

**Courtney Dey** Enjoy the sun ! ☀️
Like · Reply · 5h

**Andres Delgado** The freeways always creepin even when the populations is sleeping
Like · Reply · 22m

Comment on this post...

Chat (Off)





John Paul Home

See what you have in common with Andrew's friends. View

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

17 hrs · New York, NY

Do they make you take your shoes off and remove your laptop at gun shows?

Terminal 7 - John F. Kennedy International Airport
Airport Terminal · New York, NY
70,268 people checked in here
Save

Like Comment Share

23

**Craig Allen** U look dangerous lol 1
Like · Reply · 17h
Craig Allen replied · 2 Replies

**Hilary Bramer** I gave it a "like" but I love this point. 1
Like · Reply · 12h

Comment on this post...

**Andrew Bennett** is at Terminal 7 - John F. Kennedy International Airport.
17 hrs · New York, NY

People can buy assault weapons but I'm still taking off my shoes at the airport. #America

Terminal 7 - John F. Kennedy International Airport
Airport Terminal · New York, NY
70,268 people checked in here
Save

Like Comment Share

13

Comment on this post...

**Andrew Bennett** shared a link.
17 hrs

Like Comment Share

13

Chat (Off)

John Paul Home

**Jen Rogers** I am going to live forever 😃 1
Like · Reply · 12h

Comment on this link...

**Andrew Bennett**
18 hrs · New York, NY

Call an Uber at 4am
Tell him to be a little drunk, do 80 on the highway, and play Tim Mercer Music at 11.
If you have the means.
I highly recommend it.

Like Comment Share

26

**Tim Mercer** Hells yeah! 2
Like · Reply · 17h

**Christina LaPierre Perron** Watch out L.A. greatness will be landing soon!! Have fun!! 2
Like · Reply · 15h

**R Wayne Martin** I'm getting motion sickness already. 1
Like · Reply · 12h

Comment on this post...

**Andrew Bennett**
Yesterday at 5:39am

We kept it "Chappelle Style" last night with no phones, but here's a quick glimpse at the legend NAS killing it for a few people last night. #Queens #NAS #SweetChick

214 Views

Like Comment Share

41

1 Share

**Tre Rail** Ahhhh
Like · Reply · 1d

**Denise Hernandez** Dude!!!
Like · Reply · 7h

Comment on this video...

Chat (Off)



John Paul Home

How do you get me out past midnight?
Let me stand two inches from NAS at a house party in Queens.

Like Comment Share

91

View 5 more comments

**Jade Olin** Right on bro life is good!!! 1
Like · Reply · 1d

**Suzie Privette** #Cinderfella 1
Like · Reply · 1d

**Ericka Lynn Schmidt** Jealous!
Like · Reply · 1d

**Joaquin Romero** Life's not a bitch!
Like · Reply · 8h

Comment on this photo...

**Andrew Bennett**
April 7 at 2:30pm · New York, NY ·

Is it me or is the cloud above the sun a perforated film strip?
#4perf35mmNYC

Like Comment Share

19

**Michele Valykeo** It's not you, it's them. 1
Like · Reply · 2d

Chat (Off)





John Paul Home

**Andrew Bennett** shared University of Cambridge's video.
April 7 at 3:48am ·

12,556,396 Views

**University of Cambridge** added a new video: Professor Stephen Hawking 1942 - 2018.
March 13 at 11:46pm ·
Like Page

Professor Stephen Hawking 1942 - 2018. A video tribute.

Like Comment Share

5

1 Share

Comment on this post...

**Andrew Bennett**
April 6 at 11:41am · New York, NY ·

When your ChuckTaylors are so hot they need their own vent. #converse #nyc

Like Comment Share

13

**Trevor Johnston** Just Whatever You Do DO NOT Throw Them In The Ocean😂😂😂😂
Like · Reply · 2d

Comment on this photo...

**Andrew Bennett**
April 5 at 5:41pm · New York, NY ·

In my neighborhood we disagree.
NAS would be more than acceptable.
#Nas #Queens

Chat (Off)

EXHIBIT 3 - 73

John Paul Home

Like Comment Share

16

View 2 more comments

**Andres Delgado** Those are alright but m.2 is more then acceptable
Like · Reply · 3d

**Anton Baranenko** Wanna meet him Sat homeboy? 1
Like · Reply · 3d
Anton Baranenko replied · 2 Replies

**Derek Powell** https://www.techradar.com/.../the-10-best-nas-devices...

The 10 best NAS devices
TECHRADAR.COM
Like · Reply · 3d

Comment on this photo...

**Andrew Bennett**
April 5 at 12:01pm

I forget how the young people and the old people in Footloose eventually worked out their differences,
but maybe the rest of the world should dance in a warehouse and figure it out.

Like Comment Share

33

**William Slater** Break dance fighting!! 1
Like · Reply · 4d

**Mickey Smotherman**

1
Like · Reply · 4d
Mickey Smotherman replied · 2 Replies

**Nelson McKenzie**

Chat (Off)









John Paul Home

Like · Reply · 4d

**Jennifer Siegel Marks** If only. . .

Like · Reply · 3d

Comment on this post...

**Andrew Bennett**
April 5 at 9:22am · New York, NY ·

There was,
but the fee was outrageous.

Like Comment Share

10

Comment on this photo...

**Andrew Bennett**
April 5 at 8:02am ·

Pearl Jam is by far my favorite band ever, so I hold the bar high for anyone playing their songs, from in the car to the stage, I judge hard.
You know what Yellow LedVedder
did wrong?
NOTHING!
I am blown away at the talent and conviction from these guys.

Yellow LedVedder - Garden (Pearl Jam)
www.yellowledvedder.com
YOUTUBE.COM

Like Comment Share

26

**Cynthia Wolff** Ahhh you should have lived in Seattle in the 90's. You could still see them at small venues. Plus I'd see Eddie V weekly at my favorite sushi place. Etc etc

1

Like · Reply · 4d

**Tim Mercer** I have seen these guys live a handful of times and they are awesome.

Chat (Off)

John Paul Home

Jennifer Siegel Marks Love them! He came up on stage and sang with Bono here in Seattle last summer, it was fantastic!

Like · Reply · 3d 1

Comment on this link...

**Andrew Bennett**
April 5 at 3:38am ·

You don't have a friend that you discuss
Bad Brains with at 6AM?
That must be awful.

Bad Brains Right Brigade Live At CBGB 1982 HQ
Bad Brains Right Brigade (Live At CBGB 1982)
YOUTUBE.COM

Like Comment Share

11

Comment on this link...

**Andrew Bennett** shared Russell Brand's video.
April 5 at 2:50am ·

One more experience I have in common with my man muse Russell Brand.

214,023 Views

Russell Brand added a new video: Some Advice For Young Popstars...
April 4 at 12:38pm ·
Like Page

Messiah Complex is now on Netflix...

Like Comment Share

1

Comment on this post...

**Andrew Bennett**
April 5 at 1:41am ·

Tim Mercer Music!!

Chat (Off)

John Paul | Home

**Michael Vigil Jr.**
April 4 at 2:00pm · Pleasanton ·

Hey friends. I'll be debuting my new single, "War and Peace" tonight at 7:00 pm PST. with a triple shot of my songs here at http://www.famoushitslive.com #MichaelVigilJr #FiveAgainstOne #Madadoremusic #EarnEverythingExpectNothing #RemeberingMLKJR

Like Comment Share

2

Comment on this post...

**Andrew Bennett** shared a link.
April 4 at 10:53am ·

Far - 01. Punchdrunk (Live)
01. - Punchdrunk 02. - Love American Style 03. - Bury White 04 - Joining the Circus 05. - Mother Mary 06. - The System 07. -...
YOUTUBE.COM

Like Comment Share

Comment on this link...

**Andrew Bennett** shared Freddie Mercury's video.
April 4 at 9:20am ·

139,351 Views

Products shown:

**Freddie Mercury - Mug**
Freddie Mercury
£10.99

**See more at Freddie M**
1,155,664 Likes

**Freddie Mercury** added a new video: Queen - Somebody To Love (Live Montreal 1981).
January 30, 2016 ·
Like Page

Queen - Somebody To Love (Live In Montreal 1981)

Like Comment Share

Chat (Off)

John Paul Home

1 Share

**Eva Bombar** Really truly my prayer song, especially this recording!
Like · Reply · 5d

Comment on this post...

**Andrew Bennett** is in New York, New York.
April 4 at 5:59am ·

There's no skyline view this morning.
So here's a bird on a rail.
#nycspring

Like Comment Share

22

View 1 more comment

**Maria Snows** Or
A rail below a bird 1
Like · Reply · 3d

**Maria Snows** Sorry, I just had to

1
Like · Reply · 3d

Andrew Bennett replied · 1 Reply

Comment on this photo...

**Andrew Bennett** shared soulseeds's post.
April 4 at 3:42am ·

Chat (Off)



Andrew Bennett                                                                 https://www.facebook.com/andrew.bennett.58958343



EXHIBIT 3 - 80



John Paul Home

Comment on this post...

**Andrew Bennett** shared Drew Hagus's post.
April 3 at 2:39pm ·

450 Views

**Drew Hagus** is at The Hotel Cafe.
April 3 at 1:12pm · Los Angeles ·

Like Page

Me n Viking Jesus did a thing on Easter Weekend. 'Twas fun. Thanks to King Daniel and The Koalas for having us, and to everyone in attendance for a great hang. ...
See More

Like Comment Share

2

**Drew Hagus** Thank ya brother 🙂
Like · Reply · 6d

Comment on this post...

**Andrew Bennett** is in New York, New York.
April 3 at 8:30am ·

Just thought I'd back up my years of saying I wear black Converse year round. Still waiting on that sponsorship ChuckTaylors.🖤

Like Comment Share

24

Chat (Off)

John Paul Home

**Zoe Allegra Kinney** That's pretty cool and all, but I'd REALLY be impressed if you had them in Vantablack. 1
Like · Reply · 6d
Andrew Bennett replied · 1 Reply

**Karyn Payne** So clean 1
Like · Reply · 5d
Andrew Bennett replied · 1 Reply

**Suzie Privette** At least they match 😆 1
Like · Reply · 5d

Comment on this photo...

**Andrew Bennett** shared Empty and Meaningless's post.
April 3 at 6:53am

**Empty and Meaningless** is with Shelley Lieberman and 2 others.
April 1 at 12:25pm
Like Page

Like Comment Share

24

1 Share

**David Watts**

1
Like · Reply · 6d

**Michele Valykeo** Awesome post.
Like · Reply · 5d

Comment on this post...

Chat (Off)



EXHIBIT 3 - 83





John Paul Home

439 Views

**Yellow LedVedder** added a new video.
April 2 at 4:04pm ·

Like Page

a clip of Jeremy at our show on 3/29 at
Portland House of Music and Events

Like Comment Share

2

Comment on this post...

**Andrew Bennett** shared a link.
April 3 at 4:12am ·

Jesse Malin - Broken Radio (feat. Bruce Springsteen)
Subscribe to our channel here: http://bit.ly/subscribe2indian...
YOUTUBE.COM

Like Comment Share

Comment on this link...

**Andrew Bennett**
April 2 at 12:28am ·

I could have gone back to bed, but Tom Petty was playing in my head, so I decided to make some coffee and put this on.
I'm now smiling and crying instead of sleeping.
I like to think Tom would have done the same.

Tom Petty - Room At The Top (Video)
© 2005 WMG Room At The Top (Video)
YOUTUBE.COM

Like Comment Share

11

1 Share

**Sherrie Adams** So many recent nights, I've done the same.
Like · Reply · 1w 1

**Heather Ingaharro**
Like · Reply · 1w

Comment on this link...

**Andrew Bennett** shared Deadspin's video.
April 2 at 12:23am ·

I've seen lit agents with fewer scripts.

Chat (Off)

John Paul Home

3,776,517 Views

Deadspin added a new video.
March 31 at 1:47pm ·

Like Page

Here's what happens when one corporation owns all the TV stations: http://deadsp.in/1viUtp6

Like Comment Share

8

7 Shares

Tim Mercer Dude 1
Like · Reply · 6d

Aaron Haye Whoa.
Like · Reply · 5d

Mikael Haye Yeah man. This shit is frightening.
Like · Reply · 5d

Comment on this post...

Andrew Bennett
April 1 at 6:27am ·

It's already 9:30 and not one person has posted a picture of the bunny from Donnie Darko.
I'm disappointed in all of you.

Like Comment Share

30

View 1 more comment

Sean Ramaker I was just thinking that. I was planning on watching that tonight.
1
Like · Reply · 1w

Andrew Bennett replied · 1 Reply

Karen Borrero Thats all i think about everytime i see an Easter bunny. 😍
Like · Reply · 1w

Karen Borrero

Chat (Off)



John Paul Home

Like · Reply · 1w

**R Wayne Martin** The only bunny I generally relate to.

Like · Reply · 1w

Comment on this post...

**Andrew Bennett**
April 1 at 6:16am ·

I didn't even know it was Easter.
Jesus Christ.

Like Comment Share

40

View 1 more comment

**John Freeman** April Fools..?
Like · Reply · 1w

**Tim Mercer** nope nope... nope. nope.... nope nope
Like · Reply · 1w

**Craig Allen** Haha
Like · Reply · 1w

**M.I. Bell** ha ha
Like · Reply · 1w

Comment on this post...

**Andrew Bennett** shared Junior Rissi's post.
April 1 at 2:06am ·

My rock god is nicer than your rock god.
#doesntgetanyvedder

Chat (Off)

Andrew Bennett                                                        https://www.facebook.com/andrew.bennett.58958343



54,349 Views

**Junior Rissi** is with Sergio Vedder at **Citibank Hall.**
March 30 at 9:01pm · São Paulo, SP, Brazil · 🌐

Black! p/ Heda!

(qd vc não pede e dá, vc recebe!)
See Translation

👍 Like        💬 Comment        ➦ Share

😮👍 7

**Mark Van Gundy** Thank your rock god for me!!!
Like · Reply · 1w

Comment on this post...        😊 📷 🖼 🎁

**Andrew Bennett**
March 31 at 2:58pm · 🌐

Finally, cakes that work.

OPERATIVE CAKE

👍 Like        💬 Comment        ➦ Share

👍😆 12

Comment on this photo...        😊 📷 🖼 🎁

**Andrew Bennett**
March 31 at 9:30am · New York, NY · 🌐

The drug dealer around the corner is working out of a blacked out Lexus with
Virginia plates.
Needless to say, he isn't selling subtlety.

👍 Like        💬 Comment        ➦ Share

👍😆 25

**David Schiefer** No fucks given lol 👍 1
Like · Reply · 1w

↪ 👤 Andrew Bennett replied · 1 Reply

Comment on this post...        😊 📷 🖼 🎁

**Andrew Bennett**
March 30 at 4:31pm · 🌐

It's been a Decent Friday.

Chat (Off)        ⚙ 🖊 👥

EXHIBIT 3 - 87



John Paul Home

Like Comment Share

15

**Wil Sharpe** Average for me--far better than black Friday!
1
Like · Reply · 1w

Comment on this post...

**Andrew Bennett**
March 30 at 8:18am

The only person who can beat me at
Words With Friends is another director.
I think we're onto something.
#Kubrickis7letters

Like Comment Share

6

Comment on this post...

**Andrew Bennett**
March 29 at 4:48pm

The problem with having friends who are talented musicians, is that every conversation abruptly ends with
"I have to go into rehearsal now".
I bet (insert random musician here yourself so I don't end up offending someone and losing work, like maybe Creed,
ok, Creed)
doesn't have that problem.

Like Comment Share

22

**Jon Bennett** Yep, I'd be willing to bet that Creed doesn't have that problem.
1
Like · Reply · 1w

**Hilary Bramer** Poor Andrew, having to hang out with rehearsing-obsessed celebrities in New York City all day. #Whendoesthepainend 😋
1
Like · Reply · 1w

Hilary Bramer replied · 2 Replies

**Tim Mercer** I wish I had more time to rehearse before tonight's show.
1
Like · Reply · 1w

**Dave Look** scott staph infection and me DO NOT GET ALONG anymore.#wannafightSCOTTY?
1
Like · Reply · 1w

Andrew Bennett replied · 1 Reply

Comment on this post...

**Andrew Bennett** shared Jeff Orson's post.
March 29 at 1:07pm

Chat (Off)



John Paul Home

Jeff Orson
March 29 at 11:01am ·

You can catch my new tune debut on radio, uploaded to YOUTUBE. So happy! Thx to RA, and the good folks over at CFTA & CHMA! Just go to Jeff Orson YOUTUBE Save Me Now Radio Debut. Thx for listening!

Like Comment Share

Comment on this post...

Andrew Bennett
March 29 at 8:19am ·

I've already walked 1.2 miles just pacing my apartment on phone calls.

Like Comment Share

22

Kaitlin Weichsel I heart pacing 1
Like · Reply · 1w

Comment on this post...

Andrew Bennett shared NBC News's video.
March 29 at 3:33am ·

Chat (Off)

Andrew Bennett                                                            https://www.facebook.com/andrew.bennett.58958343



EXHIBIT 3 - 90

Andrew Bennett    https://www.facebook.com/andrew.bennett.58958343



4/9/2018, 8:02 PM

EXHIBIT 3 - 91







John Paul | Home

**Nic Harcourt**
March 28 at 11:38am ·

Fab piece today on Kita Klane at Popular TV. http://populartv.com/music/meet-kita-klane/

Like Comment Share

Comment on this post...

**Andrew Bennett** shared a memory.
March 28 at 7:29am ·

**1 Year Ago**
See Your Memories ›

**Andrew Bennett** updated his status.
March 28, 2017 ·

We could just swab Trump's mouth,
and when Putin's DNA shows up,
we can put this "mystery" to rest
.

Like Comment Share

Comment on this post...

**Andrew Bennett** shared Nic Harcourt's post.
March 28 at 2:36am ·

Chat (Off)

John Paul Home

**Nic Harcourt**
March 26 at 8:10am ·

BY APPOINTMENT OR VIA SKYPE/FACETIME ONE ON ONE IN-PERSON CONSULT WITH NIC HARCOURT.
ARTISTS/BANDS today need a business plan to tackle the music business. Get...
See More

Like Comment Share

2

Comment on this post...

**Andrew Bennett**
March 28 at 2:16am ·

This can only mean that somewhere out there is a person who wants discounted sex toys at 5am and needs an entire program to do it.
#stillbetterthanFuturama

Like Comment Share

7

**Zoe Allegra Kinney** It's for people who want to hit the bar at 6am sharp (at least in California).
Like · Reply · 1w 1

**Joshua Wylie** %50 off those prices are crAZY! 1
Like · Reply · 1w

Chat (Off)

John Paul Home

**Andrew Bennett** shared Tim Mercer's post.
March 28 at 1:53am ·

I don't work as hard or am as good at anything like Tim Mercer Music.
Go see this man!!

**Tim Mercer**
March 27 at 8:27pm · ReverbNation ·

Tim Mercer has a show on 03/29/2018 at 08:00 PM @ Portland House of Music ... in Portland, ME https://www.reverbnation.com/q/77b0tg

Tim Mercer | Alternative from Portland, ME
Alternative | Portland, ME
REVERBNATION.COM

Like Comment Share

7

**Tim Mercer** Andrew, you work just as hard and are far more talented. And better looking. Asshole 😉
Like · Reply · 1w 1

Comment on this post...

**Andrew Bennett**
March 28 at 1:49am · New York, NY ·

So proud of Sacramento for coming out and standing up for Stephon Clark.
#916 #Sacto

Like Comment Share

27

**John Cinkan** My city is on brink of craziness... 1
Like · Reply · 1w
Andrew Bennett replied · 7 Replies

**Erin Grassinger Cordero** I have to say I am pretty proud that Sacramento could show what a peaceful demonstration looks like. May it bring some changes.
Like · Reply · 1w

**Bradley Rude** Fuck the po po can't trust about 80% of them anymore
Like · Reply · 1w

Comment on this post...

**Andrew Bennett** shared a link.
March 27 at 3:47pm ·

Chat (Off)



John Paul Home

34,355 Views

**Eddu Vedder** added a new video.
March 26 at 6:01pm ·

Like Comment Share

34

1 Share

View 1 more comment

**Gilbert Velasquez** That's some respect
Like · Reply · 1w

**Shawn Michael Foster** I've grown to really like him over the years
Like · Reply · 1w

**Joaquin Romero** Such a beautiful human being Eddie is.
Like · Reply · 1w

**Reza Moosavi** meh. fandom is the worst.
Like · Reply · 1w

Comment on this post...

**Andrew Bennett** shared Harold Davis Jr.'s event.
March 27 at 9:01am ·

APR 10 **Fro solo guitar show at Pete's 4/10/18**
Apr 10 - Apr 11 · Pete's Candy Store · New York, NY
6 people interested
★ Interested

Like Comment Share

Comment on this post...

**Andrew Bennett**
March 27 at 8:31am ·

If you're telling a hellish travel story
and include the term "airport lounge",
you suck. #justsayairport

Like Comment Share

9

**Suzie Privette** Lmfao 1

Chat (Off)





John Paul Home

Suzie Privette I think I just Growl-Giggled 1
Like · Reply · 1w

Suzie Privette I revisited just now and had the same reaction😂 1
Like · Reply · 1w

Comment on this post...

**Andrew Bennett** shared a memory.
March 27 at 4:12am ·

**1 Year Ago**
See Your Memories ›

**Andrew Bennett**
March 27, 2017 ·

Sometimes I envy d-list celebrity stalkers.
Like, everyday is all Mariska Hargitay,
not another care in the world.
Lucky.

Like Comment Share

1

Comment on this post...

**Andrew Bennett**
March 27 at 3:38am ·

I'm on my NYC rooftop listening to Freebird. I'm so diverse.

Like Comment Share

35

Gilbert Velasquez Be there tomorrow I'm glad it has warmed up a bit! 1
Like · Reply · 1w

Gilbert Velasquez replied · 2 Replies

Suzie Privette "I'd like to dedicate 'Cotton Eyed Joe' to a certain special someone"
Like · Reply · 1w

Comment on this post...

**Andrew Bennett** shared a link.
March 27 at 3:34am ·

You can now access 400,000 free high-res images from the

Chat (Off)

EXHIBIT 3 - 97



John Paul Home

distribute the images even for commercial use, all without asking permission.

QUARTZY.QZ.COM

Like Comment Share

2

Comment on this link...

**Andrew Bennett** shared Power of Positivity's video.
March 27 at 3:23am ·

How about you watch this before you turn on the news?
#positivity

53,334,488 Views

**Power of Positivity** added a new video: Girl With Muscular Dystrophy Makes Amazing Paintings.
March 14 at 4:58pm ·

Like Page

This girl is a shining star!

Like Comment Share

7

1 Share

Comment on this post...

**Andrew Bennett**
March 27 at 3:13am ·

Not just an amazing friend, but one of the most amazing, brilliant, and loving women, and mothers, I have ever known.
Happy Birthday Eva Bombar, you continue to amaze me everyday.

Like Comment Share

16

View 3 more comments

Chat (Off)





John Paul Home

letting me crash at your place - don't worry , I know , I know, no doggie treats for the pups! I promise if you love the tutu & can make it part of your stage show -it's yours! XOXO

Like · Reply · 1w · Edited 2

Eva Bombar replied · 2 Replies

**Dave Look** as LOUD as the law will allow i am SCREAMING happy bday to ya E.B.

Like · Reply · 1w 1

**Eva Bombar** Thank you Dave Look, get on a stage - there's no limit!! Have a great day!!

Like · Reply · 1w 1

**Dave Look** im trying to lure andrew to sing for me so we can.

Like · Reply · 1w 1

Dave Look replied · 3 Replies

Comment on this post...

**Andrew Bennett** shared a link.
March 26 at 3:33pm ·

Sacramento Kings And Boston Celtics Show Support For Stephon Clark, Call For Change

NBA players for both the Sacramento Kings and Boston Celtics made a visible statement Sunday, wearing black T-shirts calling for change in the wake of the...

SACRAMENTO.CBSLOCAL.COM

Like Comment Share

6

Comment on this link...

**Andrew Bennett** shared 10 Years's post.
March 26 at 1:13pm ·

Chat (Off)

John Paul Home

**10 Years**
March 26 at 11:04am ·

Like Page

Pleased to announce we are joining our friends in Seether on the #PoisonTheParishTour this summer! Tix go on sale this Friday at 10am local. VIP Bus Hangs are a...
See More

Like Comment Share

4

1 Share

**Dimitris Vasileias** How is it a World tour with US dates only?
Like · Reply · 2w

Comment on this post...

**Andrew Bennett**
March 26 at 7:27am ·

What the world needs now,
is more cowbell.

More Cowbell
More Cowbell SNL
YOUTUBE.COM

Like Comment Share

8

**Shawn Michael Foster** Can't hurt 1
Like · Reply · 1w

Chat (Off)



John Paul Home

**Andrew Bennett**
March 25 at 4:23pm · New York, NY ·

It only took 60 minutes for it to
get Stormy over Trump Tower.
That's all I've got, hope you enjoyed it.
#hardcorepun

Like Comment Share

31

**Nathan Stanborough** I doubt the video is that long... 🤣 2
Like · Reply · 2w

Comment on this photo...

**Andrew Bennett**
March 25 at 4:05pm ·

Topanga from Boy Meets World
follows me on Twitter now.
I've made it.
#suckitbensavage

Like Comment Share

49

**Matthew Infantino** Maybe she's just after your old SAG vouchers. 2
Like · Reply · 2w
Andrew Bennett replied · 1 Reply

**Lindsay Wooldridge** Back off Topanga.... 🤣🤣🤣
Like · Reply · 2w

Comment on this post...

**Andrew Bennett**
March 25 at 6:41am · New York, NY ·

This Bluetooth speaker isn't cutting it.
This is my new house speaker.
Suck it neighbors.

Chat (Off)

Like Comment Share

47

View 4 more comments

**Eva Bombar** Nice!
Like · Reply · 2w

**Suzie Privette** I feel ya.

1
Like · Reply · 2w

Suzie Privette replied · 4 Replies

**Sherrie Adams** Party at Andrews. 1
Like · Reply · 2w · Edited

**Zoe Allegra Kinney** Mine goes to 11. 1
Like · Reply · 1w

Comment on this photo...

**Andrew Bennett** shared a memory.
March 25 at 5:50am ·

Dogs courtesy of Tim Mercer Music

**1 Year Ago**
See Your Memories ›

**Andrew Bennett**
March 25, 2017 ·

I just changed "hungry eyes" to "hungry dogs"
and sang it out loud while I fed them.
That's a thing that I did.
If you ever see my trying to act cool,
just remind me that I did this.

Chat (Off)



EXHIBIT 3 - 103



John Paul Home

2,181,304 Views

**The Root** is with Splinter.
March 23 at 12:11pm ·

Like Page

"I know you guys are going through the exact same thing. You just don't have the platform. People aren't listening to you."

Parkland students visited a DC high school to speak out for—and with—students of color:

Like Comment Share

2

Comment on this post...

**Andrew Bennett** is in New York, New York.
March 24 at 3:16pm ·

This is all the fire power we need.

Like Comment Share

23

**Ken Bennett** Is the city still standing? Is Jesus back?
Like · Reply · 2w 1

Andrew Bennett replied · 1 Reply

Comment on this photo...

**Andrew Bennett** is in New York, New York.
March 24 at 2:03pm ·

My office wall and water bottle are currently available for rock and roll stage lighting.

Chat (Off)

John Paul Home

Like Comment Share

6

Comment on this photo...

**Andrew Bennett** shared Francis Maxwell's video.
March 24 at 12:15pm

-3:48

6,390,462 Views

**Francis Maxwell** added a new video: How The Media Covers White Terrorists vs BLACK Victims. Disgraceful.
March 23 at 7:30pm

Like Page

How WHITE Terrorists Are Described vs BLACK Victims

This Shit Is Just Ridiculous.

Like Comment Share

2

1 Share

Comment on this post...

**Andrew Bennett**
March 24 at 12:12pm

I'm in solidarity with everyone today who is protesting gun violence.
In addition to the students, let's not forget about the gun violence by some cops that is taking out our children as well.

Video Shows Sacramento Police Shooting Unarmed Black Man In Grandparents' Backyard

Body camera footage shows two officers firing about 20 shots a

Chat (Off)





