# EXHIBIT 4



EXHIBIT 4 - 108