# EXHIBIT 5



EXHIBIT 5 - 109





EXHIBIT 5 - 110