# DECLARATION OF JASON GRANDSINGER

I, Jason Grandsinger, declare the following:

1. That I am employed by First Legal Investigations, which is a licensed detective agency, am over the age of 18, am not a party to the within named action and that if called upon to testify to the facts stated herein I could and would competently do so.

2. I was instructed by Wolf Rifkin Shapiro Schulman Rabkin, hereafter referred to as the "Client", to locate Andrew Bennett, hereafter referred to as the "Subject". The Client stated the last known address for the Subject was located at 1756 Essex Street, Unit 312, San Diego, CA 92103.

3. Utilizing the provided information in Paragraph 2, I initiated a search of the following public record indexes in order to develop a paper/address trail on the Subject:

   1. Aircraft Registration/Ownership Index
   2. Bankruptcy Filings Index
   3. Civil Judgment Index
   4. Corporation Affiliations Index
   5. County Tax Lien Filings Index
   6. Credit Header Address Index
   7. DMV Information Index
   8. Federal Tax Lien Filings Index
   9. National Death Record Locator Index
   10. Notice of Default Filings Index
   11. Real Property Ownership Index
   12. State Tax Lien Filings Index
   13. UCC1 Filings Index

FIRST LEGAL INVESTIGATIONS
PI 24171 (CA)
PI 1551710 (AZ)
PI-PS 1452 (NV)

14. Watercraft Registration/Ownership Index

4. Utilizing the public record indexes listed in Paragraph 3, I located the following addresses the Subject has been associated with: (Please note that the public record indexes listed in Paragraph 3 reflect that the addresses listed below, were the only addresses the Subject was associated with over the previous two years.)

1) 61 W. 62nd Street, Apt. 23C, New York, NY 10023

5. A process server traveled to the residence address located at 1756 Essex Street, Unit 312, San Diego, CA 92103 on two occasions and discovered this was a bad address. On the first attempt, there was no answer at the door. The Subject's name was not listed on the directory. On the second attempt, we spoke with the current occupant (Caucasian female, in her 40's, 5'00", 130 lbs., blonde hair) who stated the Subject was unknown.

6. A process server traveled to the residence address located at 61 W. 62nd Street, Apt. 23C, New York, NY 10023 and spoke with a different concierge employee who has been there for 4 years. The employee stated that they did not know the Subject, but knew of him. The server then asked for Matthew, the doorman/concierge called him and the server spoke with him using a ruse. Matthew stated that the Subject has not lived here in years and that he lives somewhere in Long Island City.

7. Utilizing the public record indexes listed in Paragraph 3, we did not identify any addresses for the Subject in Long Island City or Queens.

8. We submitted a request to the New York Department of Motor Vehicles to obtain the Subject's driver's license and driving record. There were no hits.

9. We submitted a request to the California Department of Motor Vehicles to obtain the Subject's driver's license and driving record. The Subject has a CA driver's license, it is currently in a suspended status.

10. A United States Postal Service (USPS) Forwarding Index/Box Holder Inquiry was submitted in order to develop forwarding information from address 1756 Essex Street, Unit 312, San Diego, CA 92103.

11. The result of our inquiry to the United States Postal Service (USPS), pertaining to address 1756 Essex Street, Unit 312, San Diego, CA 92103, has not been received as of the date of this declaration.

12. A United States Postal Service (USPS) Forwarding Index/Box Holder Inquiry was submitted in order to develop forwarding information from address 1, as listed in Paragraph 4.

13. The result of our inquiry to the United States Postal Service (USPS), pertaining to address 1, as listed in Paragraph 4, indicates the Subject is not known at the given address.

14. We conducted a social media search on the Subject, however, there was no indication of any additional addresses found.

15. As of today's date I have been unable to locate the Subject, despite reasonable efforts and diligence. To the best of my knowledge, no person, firm or entity, knows, or is likely to know, the current residential or business whereabouts of the Subject. I know of no other source from which the Subject's whereabouts can be ascertained.

I declare under penalty of perjury, under the laws of the State of California, that the aforementioned is true. Executed this 10th day of April, 2018 in Santa Ana, California.

Jason Grandsinger
Operations Supervisor
First Legal Investigations