# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| E.L.V.H., Inc., a California corporation; and Edward Van Halen, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Andrew Bennett, an individual,<br><br>Defendant. | Case No. 2:18-cv-00710-ODW-PLA<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORDER AUTHORIZING ELECTRONIC SERVICE OR, ALTERNATIVELY, SERVICE BY PUBLICATION**<br><br>Trial Date:   None |

The Court, having considered Plaintiffs E.L.V.H., Inc. and Edward Van Halen's ("Plaintiffs") *ex parte* application for an order authorizing electronic service or, alternatively, service by publication, on Defendant Andrew Bennett ("Bennett"), and finding that it is impracticable under paragraphs one, two, and four of the New York Civil Practice Law & Rules §308, and good cause appearing therefor, hereby grants the application, as follows.

IT IS HEREBY ORDERED that service of the following:

1.   The Summons, Complaint, and other case initiating papers in this matter (collectively, the "Summons/Complaint");

2.   Plaintiffs' *ex parte* application for: (1) Temporary Restraining Order; and (2) Order to Show Cause Why a Preliminary Injunction and Impoundment

1  Order Should Not Issue and supporting papers (collectively, the "TRO Papers"); and

2      3.   Plaintiffs' *ex parte* application for leave to file under seal in connection

3  with the TRO Papers (the "Application to File Under Seal");

4      be effected on Bennett by attaching copies of same to an email sent to

5  <5150vaulted@gmail.com> and/or

6      be effected on Bennett by attaching copies of same to a private message via

7  Facebook Messenger to Bennett's Facebook profile.

8      A copy of this Order must also be included.

9      Service of each item enumerated in (1) through (3) above shall be deemed

10 complete on the tenth (10th) day after transmission.

11     ALTERNATIVELY, the Court, having considered, and finding good cause,

12 Plaintiffs E.L.V.H., Inc. and Edward Van Halen's ("Plaintiffs") *ex parte* application

13 for an order authorizing electronic service or, alternatively, service by publication,

14 on Defendant Andrew Bennett ("Bennett"), and finding that it cannot with

15 reasonable diligence be served in another manner specified in the California Code of

16 Civil Procedure, that a cause of action exists against Bennett, and Bennett is a

17 necessary part to this action,

18     IT IS HEREBY ORDERED that service of the following:

19     1.   The Summons, Complaint, and other case initiating papers in this

20 matter (collectively, the "Summons/Complaint");

21     2.   Plaintiffs' *ex parte* application for: (1) Temporary Restraining Order;

22 and (2) Order to Show Cause Why a Preliminary Injunction and Impoundment

23 Order Should Not Issue and supporting papers (collectively, the "TRO Papers"); and

24     3.   Plaintiffs' *ex parte* application for leave to file under seal in connection

25 with the TRO Papers (the "Application to File Under Seal");

26     be effected on Bennett by publication in The New York Times a notice of this

27 action once a week for four (4) successive weeks, with at least five (5) days

28 intervening between the respective publication dates not counting such publication

dates.  Service shall be deemed complete at the end of the twenty-eighth (28th) day after the first day of publication.

IT IS SO ORDERED.

DATED:

                                           DISTRICT JUDGE

3056184.1

-3-

[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR ORDER AUTHORIZING ELECTRONIC SERVICE OR, ALTERNATIVELY, SERVICE BY PUBLICATION